UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>3226 EAST 4TH AVENUE, SPOKANE,<br><br>        Defendant. | No. CV-06-127-FVS<br><br>ORDER CONSOLIDATING CASES |
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>2229 EAST BOONE AVENUE, SPOKANE,<br><br>        Defendant. | No. CV-06-128-FVS |

**IT IS HEREBY ORDERED:**

1. The above-entitled cases are consolidated for the purpose of discovery and trial.

2. All future pleadings shall be filed in CV-06-127-FVS.

3. The District Court Executive is directed to add each party from CV-06-128-FVS to the newly consolidated case.

ORDER CONSOLIDATING CASES - 1

    4.   The District Court Executive is directed to **CLOSE CV-06-128-FVS.**

**IT IS SO ORDERED.** The District Court Executive is directed to enter this order and furnish copies to counsel.

**DATED** this __20th__ day of December, 2006.

                                  s/ Fred Van Sickle  
                                     Fred Van Sickle  
                            United States District Judge

ORDER CONSOLIDATING CASES - 2