UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> 3226 EAST FOURTH AVENUE, ) <br> SPOKANE, WASHINGTON, ) <br> TOGETHER WITH ALL ) <br> APPURTENANCES, FIXTURES, ) <br> ATTACHMENTS, AND ) <br> IMPROVEMENTS THERETO ) <br> AND THEREUPON; and, ) <br> ) <br> 2229 EAST BOONE AVENUE, ) <br> SPOKANE, WASHINGTON, ) <br> TOGETHER WITH ALL ) <br> APPURTENANCES, FIXTURES, ) <br> ATTACHMENTS, AND ) <br> IMPROVEMENTS THERETO ) <br> AND THEREUPON, ) <br> ) <br> Defendants. ) <br> ) | CV-06-127-FVS <br><br> Final Order of Forfeiture |

Plaintiff, United States of America, alleged in two separate Verified Complaints for Forfeiture In Rem, United States v. 3226 East Fourth Avenue, Spokane, Washington, etc., CV-06-127-FVS, and United States v. 2229 East Boone Avenue, Spokane, Washington, etc., CV-06-128-FVS, that the Defendant real properties are subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(7).

Final Order of Forfeiture -1-
P70508dm.jka.wpd

The Court has jurisdiction over this matter by virtue of 28 U.S.C. §§ 1345 and 1355. Venue is proper pursuant to 28 U.S.C. § 1395.

On December 20, 2006, the Court filed an Order consolidating both cases under Case Number CV-06-127-FVS.

1.  <u>3226 East Fourth Avenue, Spokane, Washington</u>

The defendant property consists of real property located at 3226 East Fourth Avenue, Spokane, Washington, legally described as follows:

> Lots 1 and 2, Block 8, BISBEE'S SECOND ADDITION, according to plat recorded in Volume "C" of Plats, Page 21, in the City of Spokane, Spokane County, Washington.
>
> SUBJECT to any easements, rights of way, reservations and/or exceptions, and actions of record.

Real property records and a title report show that the property is owned by Garland Fletcher and Joan Fletcher, husband and wife.

On May 3, 2006, Garland Fletcher and Joan Fletcher were served via certified mail, return receipt requested, with copies of the Verified Complaint for Forfeiture <u>In Rem</u>, Notice of Complaint for Forfeiture, and Lis Pendens, in <u>United States v. 3226 East Fourth Avenue, Spokane, Washington, etc.</u>, CV-06-127-FVS, as evidenced by the Certificate of Service of Notice by Mail filed with the Court on May 3, 2006. Joan Fletcher is deceased. On May 22, 2006, Garland Fletcher filed a claim, and on May 30, 2006, Garland Fletcher filed an answer to the complaint.

On May 17, 2006, Maggie Lewis was personally served with copies of the Verified Complaint for Forfeiture <u>In Rem</u>, Notice of Complaint for Forfeiture, and Lis Pendens in <u>United States v. 3226 East Fourth Avenue, Spokane, Washington, etc.</u>, CV-06-127-FVS, as evidenced by the United States Marshals Service's form USM-285 filed with the Court on May 18, 2006. Maggie Lewis failed to file a timely claim and answer and her default was entered on October 17, 2006.

On May 17, 2006, the United States Marshals Service posted copies of the Verified Complaint for Forfeiture In Rem, Notice of Complaint for Forfeiture, and Lis Pendens in the above-entitled matter on the Defendant real property located at 3226 East Fourth Avenue, in Spokane, Washington, as evidenced by the USM-285 form filed with the Court on May 18, 2006.

The Notice of Complaint was published on May 4, 11 and 18, 2006, in the Cheney Free Press, a newspaper of general circulation in Spokane County, Washington, as evidenced by the USM-285 form and attached Affidavit of Publication filed with the Court on May 22, 2006. Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims, Fed. R. Civ. P., and 18 U.S.C. § 983(a)(4)(A), require that claimants file a claim within thirty (30) days after final date of publication of the Notice of Complaint for Forfeiture, or within thirty (30) days after service of the complaint, whichever occurs first. At the latest this 30-day period expired on June 19, 2006.

2.   2229 East Boone Avenue, Spokane, Washington

The defendant property consists of real property located at 2229 East Boone Avenue, in Spokane, Washington, and is legally described as follows:

> The South 81 feet of Lot 7 in Block 109 of AMENDED MAP OF SUBDIVISION OF SCHOOL SECTION 16, TOWNSHIP 25 NORTH, RANGE 43 E.W.M., as per plat thereof recorded in Volume "D" of Plats, page 100;
>
> Situate in the City of Spokane, County of Spokane, State of Washington.
>
> SUBJECT to restrictive covenants, easements, and encumbrances of record.

Real property records and a title report show that the property is owned by Garland Fletcher and Joan Fletcher, husband and wife.

On May 3, 2006, Garland Fletcher and Joan Fletcher were served via certified mail, return receipt requested, with copies of the Verified Complaint for Forfeiture In Rem, Notice of Complaint for Forfeiture, and Lis Pendens, in United States v. 2229

East Boone Avenue, Spokane, Washington, etc., CV-06-128-FVS, as evidenced by the Certificate of Service of Notice by Mail filed with the Court on May 3, 2006. Joan Fletcher is deceased. On May 22, 2006, Garland Fletcher filed a claim, and on May 30, 2006, Garland Fletcher filed an answer to the complaint.

On May 17, 2006, Maggie Lewis was personally served with copies of the Verified Complaint for Forfeiture In Rem, Notice of Complaint for Forfeiture, and Lis Pendens in United States v. 2229 East Boone Avenue, Spokane, Washington, etc., CV-06-128-FVS, as evidenced by the United States Marshals Service's form USM-285 filed with the Court on May 18, 2006. Maggie Lewis failed to file a timely claim and answer and her default was entered on October 17, 2006.

On May 17, 2006, the United States Marshals Service posted copies of the Verified Complaint for Forfeiture In Rem, Notice of Complaint for Forfeiture, and Lis Pendens in the above-entitled matter on the Defendant real property located at 3226 East Fourth Avenue, in Spokane, Washington, as evidenced by the USM-285 form filed with the Court on May 18, 2006.

The Notice of Complaint was published on May 4, 11 and 18, 2006, in the Cheney Free Press, a newspaper of general circulation in Spokane County, Washington, as evidenced by the USM-285 form and attached Affidavit of Publication filed with the Court on May 22, 2006. Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims, Fed. R. Civ. P., and 18 U.S.C. § 983(a)(4)(A), require that claimants file a claim within thirty (30) days after final date of publication of the Notice of Complaint for Forfeiture, or within thirty (30) days after service of the complaint, whichever occurs first. At the latest this 30-day period expired on June 19, 2006.

On May 10, 2007, the United States and Claimant, Garland Fletcher, filed a Stipulation for Order of Forfeiture, with regards to his claims to the Defendant real properties

In said stipulation, Claimant, Garland Fletcher agreed to withdraw his claim to the Defendant real property located at 2229 East Boone Avenue, in Spokane, Washington, and to the entry of a final order of forfeiture of the Defendant real property to the United States without further notice or presentment of said order. The United States and Claimant, Garland Fletcher, also agreed that upon the entry of a final order of forfeiture of the Defendant real property located at 2229 East Boone Avenue, the United States would release its lis pendens currently recorded against the Defendant real property located at 3226 East Fourth Avenue in Spokane, Washington and would also ask the Court to dismiss the Defendant real property located at 3226 East Fourth Avenue, in Spokane, Washington, from this pending civil forfeiture. The parties also agreed in said stipulation that each party would bear its owns costs and attorney fees.

It appearing to the Court that the United States and Claimant, Garland Fletcher, have reached a settlement pursuant to the Stipulation for Order of Forfeiture; and,

It further appearing to the Court that no other claims have been made to the Defendant real properties;

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the Defendant real property located at 3226 East Fourth Avenue, in Spokane, Washington, is hereby dismissed without prejudice from this civil forfeiture action, and the United States shall release its lis pendens currently recorded against the Defendant real property. Each party shall bear its own costs and attorney fees.

IT IS FURTHER ORDERED that the Defendant real property located at 2229 East Boone Avenue, in Spokane, Washington, is hereby forfeited to the United States of America and no right, title or interest shall exist in any other person.

IT IS FURTHER ORDERED that the United States Marshals Service shall physically seize and take custody of the Defendant real property located at 2229 East Boone Avenue, in Spokane, Washington, evicting any occupants or tenants therein.

IT IS FURTHER ORDERED that the forfeited real property shall be disposed of in accordance with law by the United States Marshals Service.

DATED this    11th    day of May, 2007.

                                s/Fred Van Sickle

                                Fred Van Sickle
                                United States District Judge

Presented by:

James A. McDevitt
United States Attorney

s/Jared C. Kimball

Jared C. Kimball
Assistant United States Attorney

Final Order of Forfeiture -6-
P70508dm.jka.wpd